UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

       - v. -                               :

LUCERO LEOBARDO GOMEZ,                       :
JUAN CARLOS NAUT, and
FRANCISCO BATISTA,                           :

            Defendants.        :

- - - - - - - - - - - - - - - - - - - - - x

**ORDER**

08 Cr. 0032

     Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Kenneth A.

Polite;

     It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore

     ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of

the Court.

Dated: New York, New York
      January 22, 2008

                                     UNITED STATE MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008

                    **GABRIEL W. GORENSTEIN**
         **UNITED STATES MAGISTRATE JUDGE**
         **SOUTHERN DISTRICT OF NEW YORK**