UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 08-Cr-32 (SHS) |
| -against- | : | <u>ORDER</u> |
| FRANCISCO BATISTA | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the initial conference in this matter will take place on Tuesday, May 23, 2023, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
       May 16, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.