UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,  :  08-Cr-32 (SHS)

-against-  :

FRANCISCO BATISTA,  :  ORDER

Defendant.  :

-------------------------------------------------------------- x

SIDNEY H. STEIN, U.S. District Judge.

The defendant Francisco Batista (USM No. 55341-510), having been sentenced today to a term of time served,

IT IS HEREBY ORDERED that the U.S. Marshal shall release the defendant unless any pending warrants, detainers, or other issues are encountered.

Dated: New York, New York
June 26, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.